606

Submitted March 31, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.

446 A.2d 688

Commonwealth v. Gatewood, Appellant.

Submitted March 18, 1981. Paulette J. Balogh, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.

446 A.2d 688

Commonwealth v. Gelormo, Appellant.

McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The judgment of sentence is affirmed.

446 A.2d 689

Commonwealth v. Graham, Appellant.

Submitted November 6, 1981. Harris R. Rosen, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The order is affirmed.

446 A.2d 689

Commonwealth v. Granberry, Appellant.

Submitted October 5, 1981. Robert J. Breslin, Jr., for appellant; Frank T. Hazel, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.